**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-

CARLA Y. JOHNSON

_____

Case No.  6:07-cr-7-Orl-22DAB

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **April 23, 2007**, under separate notice.

**DONE** and **ORDERED** at Orlando, Florida, on February 18, 2007.

ANNE C. CONWAY
United States District Judge

Copies to:
Counsel of Record
U. S. Magistrate Judge
U.S. Marshal's Office
U. S. Attorney's Office
U. S. Probation Office